UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOE HAND PROMOTIONS, INC.,
as Broadcast Licensee of the April 23, 2016
JONES/SAINT PREUX Program,

                           Plaintiff,

- against -

BEER CLOSET, INC., et al.,

                           Defendants.
-----------------------------------------------------------------X

**ORDER ADOPTING REPORT AND RECOMMENDATION**
17-CV-3735 (RRM) (RML)

ROSLYNN R. MAUSKOPF, United States District Judge.

      Plaintiff Joe Hand Promotions, Inc. ("Joe Hand") brought this action on June 21, 2017, seeking damages for the unauthorized broadcast of a fight. (Compl. (Doc. No. 1).) After defendants failed to appear, Joe Hand requested certificates of default, which were entered on October 31, 2017. (Entry of Default (Doc. No. 9).) Joe Hand moved for default judgment on November 15, 2017, and this Court referred the motion to Magistrate Judge Levy on April 5, 2018. (Mot. (Doc. No. 11).)

      On July 27, 2018, Judge Levy issued a Report and Recommendation ("R&R"), recommending that default judgment be granted and plaintiff be awarded $5,769.75 in damages and $590 in costs, and that the plaintiff be permitted to file a separate motion for attorney's fees. (R&R (Doc. No. 15).) Judge Levy reminded the parties that, pursuant to Federal Rule of Civil Procedure ("Rule") 72(b), any objection to the R&R must be filed within fourteen days. (R&R at 11.)[1] No party has filed any objection, and the time to do so has since expired.

---

[1] For ease of reference, citations to Court documents utilize the Electronic Case Filing System ("ECF") pagination.

Pursuant to 28 U.S.C. § 636(b) and Rule 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

## CONCLUSION

Accordingly, Joe Hand's motion for default judgment is granted, and it is hereby ordered that judgment be entered against the defendants in the amount of $6,359.75. The Clerk of Court is respectfully directed to enter judgment pursuant to this Order and close the case. Joe Hand is directed to mail a copy of this Order and the accompanying judgment to the defendants and file a declaration of service on the docket within one week of the date of this Order.

SO ORDERED.

Dated: Brooklyn, New York
      Aug 24, 2018

s/Roslynn R. Mauskopf

ROSLYNN R. MAUSKOPF
United States District Judge